**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| LAWRENCE E. SAMUELS, M.D., *individually and on behalf of all others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:25-CV-00744-NCC |
| HILLCREST PHARMACY, LLC, | ) ) |
| Defendant. | ) ) |

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal (Doc. 54).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED with prejudice, with each party to bear its own costs**.

Dated this 17th day of February, 2026.

_____
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE